**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6344**

_____

GREGORY VINCENT SMITH,

        Plaintiff – Appellant,

      v.

CHRISTOPHER PHILLIPS; CPL T WILSON, Tick; PEGGY E. SPIVEY;
CRYSTAL HODGE; JIM MATTHEWS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  R. Bryan Harwell, District Judge.
(1:14-cv-03161-RBH)

_____

Submitted:  May 26, 2016         Decided:  June 1, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Vincent Smith, Appellant Pro Se. H. Thomas Morgan, Jr.,
Larry Shawn Sullivan, DUBOSE-ROBINSON, P.C., Camden, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Vincent Smith appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Phillips, No. 1:14-cv-03161-RBH (D.S.C. Feb. 2 & Mar. 3, 2016). We also deny Smith's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED